# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JI ZEQIN, an individual, on behalf of himself, other current and former aggrieved employees, and the State of California, as a private attorneys general, <br><br> Plaintiff(s), <br><br> vs. <br><br> JIUDING INTERNATIONAL INC, a California Corporation d/b/a LAOMATOU HOTPOT; LAO MA TOU HOTPOT, INC. a California Corporation; LAO MA TOU INC., a California Corporation, and DOES 1 through 10, inclusive, <br><br> Defendant(s). | ) Case No. 8:23-cv-02449-MRA-ADS <br> ) Hon. Monica R. Almadani <br> ) Magistrate Judge Autumn D. Spaeth <br> ) <br> ) [Discovery Document: Referred to <br> ) Magistrate Judge Autumn D. Spaeth] <br> ) <br> ) **ORDER ENTERING** <br> ) **STIPULATED PROTECTIVE** <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1  After full consideration of the Parties' Stipulated Protective Order, and for good

2  cause showing,

3      IT IS HEREBY ORDERED THAT:

4      The Parties' Stipulated Protective Order is GRANTED.

5

6

7  Dated:   10/24/2024

8

9                                          ____/s/ Autumn D. Spaeth_____

10                                         Hon. Autumn D. Spaeth

11                                         United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28